# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

FILED
NOV 8 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

PAUL EUGENE WEBSTER

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:06mj125-DRB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 2, 2006__, in __Lee__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

possess a firearm in and affecting commerce, while being a convicted felon,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__. I further state that I am a(n) __ATF Task Force Officer__ and that this complaint is based on the following facts:
                         Official Title

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 8, 2006                           at       Montgomery, Alabama
Date                                                 City and State

Delores R. Boyd, U. S. Magistrate Judge         _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

<u>AFFIDAVIT</u>

Your affiant, Keith E. Jordan, having first been duly sworn, does state that the following information is true and correct to the best of his knowledge:

I have been employed as a law enforcement officer for the last ten years with the Lee County, AL Sheriff's Office, where I am currently assigned to the Investigations Division. In that capacity I have gained experience in the investigation of felony crimes occurring within Lee County, AL.

For the last three years I have been a sworn Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, and Firearms (ATF), assigned to investigate violations of Federal Firearms Regulations occurring in the Middle Judicial District of Alabama. In that capacity I have investigated numerous violations, including investigations involving convicted felons in possession of firearms, possession of firearms during drug trafficking crimes, possession of firearms by habitual drug users, and the illegal sale of firearms to convicted felons.

On 11/01/2006 Charles and Patricia Bailey filed a report with the Lee County Sheriff's Office stating that on that date an unknown male subject dressed in a ski mask had grabbed their 10 year-old daughter, Bridgett Bailey, and attempted to abduct her as she was walking near her residence located at 94 Lee Rd. 421 in Opelika, Lee County, Middle Judicial District of Alabama. Pursuant to that report members of the Lee County Sheriff's Office, to include TFO Keith Jordan began investigating the attempted abduction.

On 11/06/2006 Charles Bailey provided a written statement to the Lee County Sheriff's Office stating that the day after the attempted abduction, 11/02/2006/ a man known to Bailey as Paul Webster came to his residence located at 94 Lee Rd. 421 Opelika, AL and brought him a rifle to use for protection. Charles Bailey further stated that on 11/03/2006 he was told by another person that Paul Webster was a convicted sex offender. Pursuant to Charles Bailey's statement TFO Keith Jordan went to the Bailey

residence located at 94 Lee Rd. 421 Opelika, Lee County, AL where he retrieved a Remington, model 550-1, .22 caliber rifle, no serial number.

On 11/06/2006 TFO Keith Jordan conducted a criminal records check on Paul Webster and determined that Paul Eugene Webster (W/M, DOB 02/02/1960) was in fact a registered sex offender with the Lee County Sheriff's Office, with a registered home address of 694 Lee Rd. 621 Opelika, Lee County, Middle Judicial District of Alabama. TFO Keith Jordan spoke with Alabama Probation Officer Jennifer Frank, who confirmed that Paul Eugene Webster was currently on parole and under her supervision for a 1998 conviction of Rape 1st Degree and Sodomy 2nd Degree of a 13 year-old female in Etowah County, AL. Both Rape 1st Degree and Sodomy 2nd Degree are felony crimes in the state of Alabama.

On 11/06/2006 TFO Keith Jordan went to 694 Lee Rd. 621 Opelika, Lee County, AL where he made contact with Paul Eugene Webster. TFO Jordan informed Webster of the nature of the investigation regarding the firearm, and asked Webster to meet with him to discuss it. Webster then followed TFO Jordan to the Lee County Sheriff's Office, where he subsequently provided a rights-advised written statement admitting that he was a convicted sex offender, that he was aware that he was not allowed to possess firearms, and that on 11/02/2006 he had retrieved the .22 caliber Remington rifle from a shed at his residence at 694 Lee Rd. 621, and took it to the Bailey residence located at 94 Lee Rd. 421 Opelika, Lee County, Middle Judicial District of Alabama.

On 11/07/2006 TFO Keith Jordan spoke with Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Theron Jackson, who stated that Remington does not manufacture any firearms in the State of Alabama.

Pursuant to Title 18, United States Code, Section 922(g)(1), it is a violation of federal law for anyone who has been convicted in any court, for a crime punishable by imprisonment for a term exceeding one year, to possess a firearm which has traveled in interstate commerce.

Based upon the aforementioned, your affiant has sufficient probable cause to believe, and does believe, that Paul Eugene WEBSTER violated Title 18, United States Code, Section 922(g)(1) - Unlawful Possession of a Firearm by a Convicted Felon.

_____
Keith E. Jordan, Affiant
Task Force Officer, ATF

Sworn to and subscribed before me,
this 8th day of November, 2006.

_____
DELORES R. BOYD
United States Magistrate Judge