# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PAUL EUGENE WEBSTER | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 3:06mj125-DRB |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Paul Eugene Webster_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possessing a firearm in and affecting commerce, while being a convicted felon,

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1)___

DELORES R. BOYD
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

November 8, 2006    Montgomery, Alabama
Date and Location

Bail fixed at $_____ by_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest