COURTROOM DEPUTY MINUTES        DATE: 11-13-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:30 – 3:40 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **DRB**        DEPUTY CLERK: **sq1**

CASE NO.: **3:06mj125-DRB**        DEFT. NAME: **Paul Eugene WEBSTER**

USA: **Hardwick**        ATTY: **Butler**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: **Wood**

Defendant _____ does  ✓ does NOT need an interpreter

Interpreter present  ✓ NO _____ YES  NAME: _____

- [x] kars.    Date of Arrest **11-9-06**  or  ☐ karsr40
- [x] kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.    Deft. First Appearance with Counsel
- ☐        Deft. First Appearance without Counsel
- [x]        Requests appointed Counsel  [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff.    Financial Affidavit executed  ☐ to be obtained by PTSO
- [x] koappted    ORAL ORDER appointing Community Defender Organization - Notice to be filed.
- ☐ k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.    Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn.    ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.    ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls.    Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
-         ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [x] kloc.(LC)    Bond NOT executed. Deft to remain in Marshal's custody
- ☐        Preliminary Hearing [x] Set for **11-17-06**
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.    Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr.    ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
-         ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
-         DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ kwvspt    Waiver of Speedy Trial Act Rights Executed