FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.   ) <br> ) <br> PAUL EUGENE WEBSTER  ) <br> ) | CR. NO. 3:06CR266-WKW <br> [18 USC 922(g)(1)] <br><br> INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 2nd day of November, 2006, in Lee County, Alabama, within the Middle District of Alabama,

PAUL EUGENE WEBSTER,

defendant herein, having been convicted on or about the dates set forth below of the offenses set forth below, each a felony punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama:

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| June 3, 1976 | Circuit Court of Montgomery County | CR-335-76 | Grand Larceny |
| September 22, 1976 | Circuit Court of Montgomery County | CR-836-76 | Kidnapping |
| October 12, 1977 | Circuit Court of Lee County | CC-77-442 | Grand Larceny |
| May 27, 1980 | Circuit Court of Lee County | CC-80-470 | Theft of Property Second Degree |
| October 9, 1980 | Circuit Court of Lee County | CC-80-726 | Escape First Degree |
| October 27, 1998 | Circuit Court of Etowah County | CC-97-1180.01 | Sexual Abuse, First Degree |

| CONVICTION DATE | COURT | CASE NUMBER | OFFENSE |
|---|---|---|---|
| October 27, 1998 | Circuit Court of Etowah County | CC-97-1180.02 | Sexual Abuse, First Degree |
| October 27, 1998 | Circuit Court of Etowah County, Alabama | CC-97-1180.03 | Sexual Abuse, First Degree |

did knowingly possess in and affecting commerce a firearm, to-wit: a Remington, model 550-1, .22 caliber rifle, no serial number. All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

PAUL EUGENE WEBSTER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

**A Remington, model 550-1, .22 caliber rifle, no serial number;**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

2

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
JOHN T. HARMON
Assistant United States Attorney

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney