IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:  The United States Marshal and his Deputies:

You are DIRECTED to produce the following named prisoner(s):

PAUL EUGENE WEBSTER

before the United States District Court at Montgomery, Alabama on the 29th day of November, 2006. at 10:00 o'clock A.m.

DONE, this 17th day of November, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk