IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr266-WKW |
| | ) | |
| **PAUL EUGENE WEBSTER** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of Defendant, **PAUL EUGENE WEBSTER,** in the above-styled case.

Dated this 28th day of November 2006.

                                            Respectfully submitted,

                                            s/Jennifer A. Hart
                                            **JENNIFER A. HART**
                                            FEDERAL DEFENDERS
                                            MIDDLE DISTRICT OF ALABAMA
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            jennifer_hart@fd.org
                                            AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA.

         Respectfully submitted,


         s/Jennifer A. Hart
         **JENNIFER A. HART**
         FEDERAL DEFENDERS
         MIDDLE DISTRICT OF ALABAMA
         201 Monroe Street, Suite 407
         Montgomery, AL 36104
         Phone: (334) 834-2099
         Fax: (334) 834-0353
         jennifer_hart@fd.org
         AL Bar Code: HAR189