COURTROOM DEPUTY MINUTES          DATE: 11/29/2006
MIDDLE DISTRICT OF ALABAMA
                                  DIGITAL RECORDING: 10:35 - 10:44 a.m.

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE: Delores Boyd | DEPUTY CLERK: S. Q. Long, Jr. |
| CASE NO. 3:06cr266-WKW-C | DEFT. NAME: PAUL EUGENE WEBSTER |
| USA: Hardwick | ATTY: ~~Jennifer Hart~~ Kemp |

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) ~~Waived~~ (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: _____

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ☐ kia.     Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.   Deft. First Appearance with Counsel
- ☐          Deft. First Appearance without Counsel
- ☐          Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐          Deft. Advises he will retain counsel. Has retained _____
- ☐          Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐          Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg.  **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.   ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
             ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐          Preliminary Hearing ☐ Set for _____
- ☐ ko.      Deft. ORDERED REMOVED to originating district
- ☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐          Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☑ karr.    ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered ✓
             ☑ Set for 1-8-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
             DISCOVERY DISCLOSURES DATE: 12-1-06
- ☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt   Waiver of Speedy Trial Act Rights Executed