COURTROOM DEPUTY MINUTES        DATE:  DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA      DIGITAL RECORDED: 1:48 – 1:48

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR266-WKW-CSC    **DEFENDANT NAME:** PAUL E. WEBSTER

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. JENNIFER HART |

√  **DISCOVERY STATUS:** Complete.

√  **PENDING MOTION STATUS:** None.

☐  **PLEA STATUS:**

☑  **TRIAL STATUS:** Case will go to trial. Will take 1 day to try case.

☐  **REMARKS:**