## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case No.: 3:06cr266-WKW** |
| ) | |
| **PAUL EUGENE WEBSTER** ) | |

### REQUEST FOR STATUS CONFERENCE

**COMES NOW** the Defendant, **PAUL EUGENE WEBSTER**, by and through undersigned counsel, Jennifer A. Hart, and respectfully requests that this Honorable Court hold a status conference in this matter prior to jury selection. As grounds for granting this Motion, Defendant would show:

1. The Defendant has requested that two theory of defense instructions be submitted to the jury at the close of evidence in this case: (1) a justification defense and (2) an innocent possession defense.

2. In order that the Defense may properly prepare for opening statements and the cross examination of Government witnesses, as well as prepare its own evidence to be presented in the case, the Defense asserts that instruction from the Court regarding the Court's position on these two theories of defense is in the interest of justice and would aid the parties in the efficient presentation of evidence at trial.

**WHEREFORE**, for the foregoing reasons, the Defendant, Paul Eugene Webster, respectfully requests that eh Court hold a status conference prior to jury selection, or prior to opening statements in this case.

Dated this 5th day of January 2007.

Respectfully submitted,

                s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189