IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 3:06cr266-WKW** |
| | ) | |
| **PAUL EUGENE WEBSTER** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **PAUL EUGENE WEBSTER,** in the above-styled case.

Dated this 8th day of January 2007.

                                          Respectfully submitted,

                                          s/ Kevin L. Butler
                                          KEVIN L. BUTLER
                                          First Assistant Federal Defender
                                          201 Monroe Street, Suite 407
                                          Montgomery, Alabama 36104
                                          Phone: (334) 834-2099
                                          Fax: (334) 834-0353
                                          E-mail: kevin_butler@fd.org
                                          AZ Bar Code: 014138

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire  
Assistant United States Attorney  
One Court Square, Suite 201  
Montgomery, Alabama 36104

                    Respectfully submitted,

                    s/ Kevin L. Butler  
                    KEVIN L. BUTLER  
                    First Assistant Federal Defender  
                    201 Monroe Street, Suite 407  
                    Montgomery, Alabama 36104  
                    Phone: (334) 834-2099  
                    Fax: (334) 834-0353  
                    E-mail: kevin_butler@fd.org  
                    AZ Bar Code: 014138