IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 03:06r266-WKW |
| | ) |
| PAUL EUGENE WEBSTER | ) |
| | ) |

## JOINT STIPULATION OF FELONY CONVICTION

The defendant, PAUL EUGENE WEBSTER, Attorney Jennifer A. Hart, and the United States of America, by and through its representative, Assistant United States Attorney Tommie Brown Hardwick, hereby agree that the jury may accept as a proven fact that the defendant, PAUL EUGENE WEBSTER, has been convicted of a felony offense, that is a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Alabama, as that term is applied in the Indictment and Title 18, United States Code, Section 922(g)(1).

Respectfully submitted this 8th day of January, 2007.

_____
PAUL EUGENE WEBSTER, Defendant

_____
JENNIFER A. HART
Counsel for Defendant

_____
TOMMIE BROWN HARDWICK
Assistant U.S. Attorney