**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. KEITH WATKINS JUDGE                              AT MONTGOMERY, ALABAMA

DATE COMMENCED 1/8/07                                  AT 9:35 A.M./P.M.

DATE COMPLETED 1/9/07                                  AT 2:25 A.M./P.M.

UNITED STATES OF AMERICA          )
                                  )          CR. No.  3:06cr266-WKW
vs.                               )
                                  )
PAUL EUGENE WEBSTER               )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Tommie Hardwick | X | Atty. Jennifer Hart |
| | X | Atty. Don Bethel |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Angela Reitler | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

JURORS

| | | | |
|---|---|---|---|
| 1. | Michelle Beaty | 7. | Kenneth Jerkins |
| 2. | Diane Jones | 8. | Louis Harris |
| 3. | Brandy Cox | 9. | Elizabeth Foley |
| 4. | Benjamin Linschoten | 10. | Kathryn Mangum |
| 5. | Carol Hankes | 11. | Sylvia Norton |
| 6. | Jessie Jones | 12. | Timothy Sullivan |

ALTERNATE

13.  Roy Thaxton

COURTROOM PROCEEDINGS:

JURY SELECTION/TRIAL

| 9:35 a.m. | Court convened. Status conference re proposed voir dire questions. |
|---|---|
| 9:50 a.m. | Break |
| 10:15 a.m. | Multiple voir dire begun (Cr. Nos. 2:06cr202-WKW and **3:06cr266-WKW**).  Sidebar (on the record) re Motion to Strike Juror.  Oral order **denying** motion to strike juror. |
| 12:30 a.m. | Lunch. |
| 1:15 p.m. | Status conference resumes. |
| 2:15 p.m. | Jury selected, seated and sworn. |

```
MINUTES
JURY TRIAL COMMENCING ON 1/8/07 BEFORE JUDGE KEITH WATKINS
CR. NO.  3:06cr266-WKW, USA vs. Paul Eugene Webster
```

| | |
|---|---|
| 3:35 p.m. | Trial commenced.  Court's instructions to the jury. |
| 3:45 p.m. | Government's opening statement (Atty. Hardwick 4 minutes) |
| 3:49 p.m. | Defendant's opening statement (Atty. Hart 6 minutes) |
| 3:55 p.m. | Government's evidence commenced.  Witness rule invoked. |
| 4:10 p.m. | Sidebar (on the record) re **oral motion** for mistrial. **Oral order denying** oral motion for mistrial.  Renewed **oral motion** for mistrial; oral order **denying** renewed motion for mistrial.  Testimony resumes. |
| 4:45 p.m | Government rests.  Jury excused. Defendant's **oral** Motion For Judgment of Acquittal and renewed **oral motion** for mistrial. **Oral order denying** oral motions for Judgment of Acquittal and **Oral order denying** renewed oral motion for mistrial. |
| 4:50 p.m. | Court in recess until 9:00 a.m. 1/9/07. |

**1/9/07**

| | |
|---|---|
| 8:15  a.m. | Court reconvened. Oral argument re justification defense. Renewed **Oral motion** for mistrial (prosecutorial misconduct.) **Oral order denying** motion for mistrial. |
| 9:00 a.m. | Break |
| 9:10 a.m. | Court reconvened.  Renewed **oral motion** for mistrial. **Oral order** denying renewed motion for mistrial. |
| 9:15 a.m. | Jury seated. Defendant's evidence commenced. |
| 10:30 a.m. | Break |
| 10:55 a.m. | Testimony resumes. |
| 11:00 a.m. | Defense rests. |
| 11:05 a.m. | Break |
| 11:15 a.m. | Trial continued (out of Jury's presence).  Charge conference.  Parties' objections to charge.  Changes requested and objections noted, as stated on the record. |
| 11:30 a.m. | Jury seated; trial continued. |
| 11:32 a.m. | Government's closing argument (Atty Hardwick 13 minutes) |
| 11:45 a.m. | Defendant's closing argument (Atty. Hart 15 minutes) |
| 12:00 p.m. | Government's rebuttal argument (Atty. Hardwick 10 minutes) |
| 12:10 p.m. | Lunch |
| 1:15  p.m. | Jury seated and charged by the court. |
| 1:25  p.m. | Jury excused to begin deliberations. |
| 2:20  p.m. | Jury verdict in favor of the government. Jury discharged; defendant  to have seven days from the date transcript is filed to submit post trial motions. |
| 2:25 p.m. | Court adjourned. |

| COURT'S<br><br>EXHIBITS<br><br>JURY TRIAL commencing 1/8/07 | | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>PAUL EUGENE WEBSTER<br>3:06cr266-WKW |
|---|---|---|---|---|---|---|
| | | | | | | JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| 1/9/07 | 1/9/07 | 1/9/07 | 1 | Bailey | | Joint Stipulation of Felony Conviction |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |

<table>
<tr><td rowspan="2" colspan="4">DEFENDANT'S<br>EXHIBITS<br><br>JURY TRIAL commencing 1/8/07</td><td colspan="3">UNITED STATES OF AMERICA<br><br>v<br><br>PAUL EUGENE WEBSTER<br>2:06cr266-WKW</td></tr>
<tr><td colspan="3">JUDGE KEITH WATKINS<br>Risa Entrekin, Court Reporter</td></tr>
</table>

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yes | 1/9/07 | 1/9/07 | 1 | Carmichael | | Photograph - Bailey's trailer |
| | 1/9/07 | 1/9/07 | 2 | | | Photograph - Bailey's trailer |
| Yes | 1/9/07 | 1/9/07 | 3 | Carmichael | | Photograph - front of Bailey residence |
| | 1/9/07 | 1/9/07 | 4 | | | Photograph - Bailey's trailer |
| | 1/9/07 | 1/9/07 | 5 | | | Photograph - Left pan around photo #4 |
| | 1/9/07 | 1/9/07 | 6 | | | Photograph - woods |
| | 1/9/07 | 1/9/07 | 7 | | | Photograph -  view of woods from residence |
| | 1/9/07 | 1/9/07 | 8 | | | Photograph - view of woods from residence |
| | 1/9/07 | 1/9/07 | 9 | | | Photograph - view of woods from residence |
| | 1/9/07 | 1/9/07 | 10 | | | Photograph - view of woods from residence |
| | 1/9/07 | 1/9/07 | 11 | | | Photograph -view across fence |
| | 1/9/07 | 1/9/07 | 12 | | | Photograph - vacant trailer next to residence |
| | 1/9/07 | 1/9/07 | 13 | | | Photograph - woods from Bailey's residence |
| | 1/9/07 | 1/9/07 | 14 | | | Photograph - Bailey's trailer |
| | 1/9/07 | 1/9/07 | 15 | | | Photograph - wooded area across from residence |
| | 1/9/07 | 1/9/07 | 16 | | | Photograph - view of road |
| | 1/9/07 | 1/9/07 | 17 | | | Photograph - view Bailey's trailer from road |
| | 1/9/07 | 1/9/07 | 18 | | | Photograph - view of end of vacant trailer |
| | 1/9/07 | 1/9/07 | 19 | | | Photograph - full view of vacant trailer |
| | 1/9/07 | 1/9/07 | 20 | | | Photograph - yard around vacant trailer |
| | 1/9/07 | 1/9/07 | 21 | | | Photograph - view from curve - driveway |

| | 1/9/07 | 1/9/07 | 22 | | | Photograph - end of Dennison house from corner |
|---|---|---|---|---|---|---|
| Yes | 1/9/07 | 1/9/07 | 23 | Carmichael | | Photograph - Betty Hornsby's trailer |
| Yes | 1/9/07 | 1/9/07 | 24 | Carmichael | | Photograph - mail box of Hornsby home |
| | 1/9/07 | 1/9/07 | 25 | | | Photograph - close up of mailbox |
| | 1/9/07 | 1/9/07 | 26 | | | Photograph - proximity of Bailey's trailer to mother and sister's trailer |
| Yes | 1/9/07 | 1/9/07 | 27 | Carmichael | | Photograph - photo of firearm |
| Yes | 1/9/07 | 1/9/07 | 28 | Carmichael | | Photograph - photo of firearm |
| Yes | 1/9/07 | 1/9/07 | 29 | Carmichael | | Photograph - outdoor sheds |
| Yes | 1/9/07 | 1/9/07 | 30 | Carmichael | | Photograph - door to shed |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |

| GOVERNMENT | | | | | | UNITED STATES OF AMERICA |
| EXHIBITS | | | | | | v |
| **Jury Trial** commencing 1/8/07 | | | | | | **Paul Eugene Webster**<br>**3:06cr266-WKW** |

| | | | | | | **JUDGE KEITH WATKINS**<br>Risa  Entrekin, Court Reporter |
|---|---|---|---|---|---|---|
| ADMITTED | DATE<br>OFFERED | DATE<br>IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| * 1/8/07 | 1/8/07 | 1/8/07 | 1 | Jordan | | .22 Remington Rifle |
| 1/8/07 | 1/8/07 | 1/8/07 | 1a | Jordan | | Photograph of .22 Remington Rifle |
| 1/8/07 | 1/8/07 | 1/8/07 | 2 | Jordon | | Defendant's statement |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | EXHIBITS MAINTAINED IN SEPARATE |
| | | | | | | BINDER WITH FILE |
| | | | | | | |
| | | | | | | |

* -  Sensitive exhibit

Exhibit #1 returned to counsel for Government at  the conclusion of trial.

_____        _____

AUSA                                                          Date

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

USA v. Paul Eugene Webster                  CR. No.  3:06cr266-WKW

Trial Date  January 8, 2007

---

**GOVERNMENT**                              **DEFENDANT**

WITNESS LIST

1. Keith Jordan _____      4.  Betty Hornsby _____

2. Charles Bailey _____      5.  Danny Carmichael _____

3. Theron Jackson _____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____

_____      _____