IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
                                    )
        v.                          )        CASE NO. 3:06-cr-00266-WKW
                                    )
                                    )
PAUL EUGENE WEBSTER                 )

## JURY VERDICT

As to the charge contained in Count One of the Indictment, we, the Jury, find the Defendant:

_____✓_____        Guilty

**or**

_____         Not Guilty

So Say We All.

This the  _9th_  day of January, 2007.

_____
Foreperson        Louis J. Harris