IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

It is ORDERED that the transcript of the *ex parte* proceedings heard by the court on Monday, January 8, 2007, at approximately 1:15 p.m., consisting of the proffers from the defense regarding the justification and innocent or transitory possession defenses, is SEALED.

DONE this 6th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE