IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

### **ORDER**

It is ORDERED that the Motion to Dismiss Due to Composition of the Jury Venire (Doc. # 32) is referred to the United States Magistrate Judge for appropriate proceedings and recommendation.

DONE this 8th day of March, 2007.

          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE