## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case No.: 3:06cr266-WKW** |
| ) | |
| **PAUL EUGENE WEBSTER** ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Paul Eugene Webster, by and through undersigned counsel, Jennifer A. Hart, and moves this Court to continue sentencing in this matter. In support of this Motion, Defendant would show the following:

1. This matter is presently set for sentencing on March 20, 2007.

2. On January 9, 2007, Mr. Webster was found guilty of one court of being a felon in possession of a firearm.

3. On the date of the jury verdict, undersigned counsel requested a copy of the trial transcript in order to file post-trial motions. The court reporter in this case has been extraordinarily busy and undersigned counsel has just this day received the transcript. Post-trial motions will be due on March 15, 2007.

4. In order that the United State Attorney office has adequate time to respond to the post-trial motions, Mr. Webster respectfully requests that his sentencing hearing be continued.

5. The United States, by and through Assistant United States Attorney, Tommie Brown Hardwick, has no objection to this motion.

WHEREFORE, for the foregoing reasons, Mr. Webster respectfully requests that his sentencing hearing be continued.

Respectfully submitted,

s/Jennifer A. Hart
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/Jennifer A. Hart
        JENNIFER A. HART
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189