IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. # 52), it is ORDERED that the motion is GRANTED. The sentencing hearing is continued from March 20, 2007, to **May 8, 2007, at 2:00 p.m.**

Done this 14th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE