IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

Upon consideration of the defendant's Motion to Unseal Document (Doc. # 54) and Motion for Extension of Time to File Post-Trial Motions (Doc. # 55), it is ORDERED that the motions are GRANTED; the transcript (Doc. # 48) is UNSEALED; and any post-trial motions shall be filed **on or before March 28, 2007.**

DONE this 21st day of March, 2007.

                                                  /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE