IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

It is ORDERED that the government shall file a response to the defendant's Motion for New Trial and Renewed Motion for Judgment of Acquittal **on or before April 23, 2007.**

DONE this 17th day of April, 2007.

                                        /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE