IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:06cr266-WKW |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW the Defendant, by and through undersigned counsel, Jennifer A. Hart, and moves to continue the sentencing hearing in this case which is presently scheduled for May 10, 2007, to a future date. As grounds for granting this Motion, Defendant would show the following:

1. Mr. Webster is scheduled to be sentenced in this Court on May 10, 2007.

2. Currently pending before this Court is Defendant's Motion for New Trial and Renewed Motion for Judgment of Acquittal. The Court has not yet ruled on this Motion.

3. In order to provide sufficient time for the Court to consider the Motion for New Trial, the Defendant respectfully requests that his sentencing hearing be continued until after the Motion is ruled upon.

4. The Government does not oppose a continuance.

WHEREFORE, for the foregoing reasons, Mr. Webster respectfully requests that his sentencing hearing, presently scheduled for May 10, 2007, be continued to a future date.

Dated this 3rd day of May, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney

     Respectfully submitted,

     s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189