IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

Upon consideration of the unopposed Motion to Continue Sentencing (Doc. # 61), it is ORDERED that the date of the sentencing hearing in this matter is CONTINUED from May 10, 2007, to **June 1, 2007, at 10:15 a.m.**

DONE this 8th day of May, 2007.

                                            /s/ W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE