IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:06cr266-WKW |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

## MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the sentencing of the above styled case scheduled for June 15, 2007, and as grounds would show unto the court the following:

1. The sentencing of defendant Paul Eugene Webster is scheduled for June 15, 2007, at 1:30 p.m.

2. The Assistant United States Attorney handling this case, Tommie Brown Hardwick, has scheduled and approved vacation plans for the week of June 11-15, 2007.

3. Government counsel consulted Jennifer Hart, Defense Counsel, regarding the proposed continuance. Ms. Hart has no objections to a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the sentencing in the above-styled case.

Respectfully submitted on this 7th day of June 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334)223-7280
                Fax: (334)223-7135
                E-mail: tommie.hardwick@usdoj.gov
                ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06cr266-WKW |
| ) | |
| PAUL EUGENE WEBSTER ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T