IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

Upon consideration of the government's unopposed Motion to Continue Sentencing (Doc. # 66), it is ORDERED that the date of the sentencing hearing in this matter is CONTINUED from June 15, 2007, to **June 19, 2007, at 9:00 a.m.**

DONE this 8th day of June, 2007.

      /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE