IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00266-WKW |
| | ) | |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

**ORDER**

The Magistrate Judge filed a Report recommending that the defendant's Motion to Dismiss Due to Composition of the Jury Venire be denied. No objections were filed. After an independent review of the record, it is ORDERED that the Report and Recommendation (Doc. # 64) of the Magistrate Judge is ADOPTED and that the defendant's Motion to Dismiss Due to Composition of the Jury Venire (Doc. # 32) is DENIED.

DONE this 11th day of June, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE