## UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

| | | |
|---|---|---|
| DEBRA P. HACKETT<br>CLERK | August 22, 2007 | TELEPHONE<br>(334) 954-3610 |

Mr. Thomas K. Kahn, Clerk                    USDC No **CR-06–W-0266-E**
USCA, Eleventh Circuit
56 Forsyth Street, NW                        USCA No. __07-13019-G__
Atlanta, GA  30303

In Re: **USA VS. PAUL EUGENE WEBSTER**

___

       CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

   __1__ Volume(s) of Pleadings

   __5__ Volume(s) of Transcripts

   __X__ Exhibits: ___ Box: __2__ Binders: ___Envelopes;

      __X__ Other:__1__ SEAL Env.(s) (SEALED DOCUMENTS)
      __1__ PSI(s)

   ____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk



By: Donna M. Norfleet, Deputy Clerk

cc**: CHRISTINE A. FREEMAN**
    **JENNIFER ANNE HART**
    **LEURA CANARY**
    **JOHN T. HARMON**
    **TOMMIE BROWN HARDWICK**