

| | | |
|---|---|---|
| Tonya Richardson/CA11/11/USCOURTS | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS |
| | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS |
| 10/23/2007 01:28 PM | bcc | |
| | Subject | 07-13019-GG (DC: 2:06-00266 CR E) USA v. Paul Eugene Webster    ROA Request |

1st request

Please forward the ROA for the captioned case.

-------------------------------------
Tonya Richardson
Briefing Case/Closing Clerk
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6178