# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**

CLERK

October 25, 2007

TELEPHONE
(334) 954-3610

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA   30303

USDCA NO <u>CR-06-W-266-N</u>

USCA NO <u>  07-13019-GG  </u>

USA VS. PAUL EUGENE WEBSTER

---

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

__ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
__ First Notice of Appeal:__ Yes,__ No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
__ Yes, The Court Reporter(s) is/are
__ No                         Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
__ IFP __; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
__ The Appellate docket fee has been paid;__ Yes,__ No:_____Date, Receipt#_____
__ Appellant has been ___GRANTED;___
__ DENIED IFP, Copy of Order enclosed.
__ Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__ Appeal Bond, ___ Supersedeas Bond
<u>X</u> The District Judge or Magistrate Judge appealed from is Hon: <u>WILLIAM KEITH WATKINS</u>
__ This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
__ This is a DEATH PENALTY a_____
__ Certified record on appeal consisting of:

    <u>1</u> Volume(s) of Pleadings, <u>5</u> Volume(s) of Transcripts,
    <u>X</u> SEALED ITEMS, ie. <u>1</u> PSI(s)____; OTHER____; TAPE(s)____
    <u>X</u> Exhibits:
    __ Volume (s) of Original Papers

---

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: Yolanda Williams
Deputy Clerk

CM/ECF - U.S. District Court: ALMD - Docket Report    Case 3:06-cr-00266-WKW-CSC    Document 76-2    Filed 10/25/2007    Page 1 of 11

https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?168468566246958-L...

APPEAL

# U.S. District Court
## Alabama Middle District (Opelika)
### CRIMINAL DOCKET FOR CASE #: 3:06-cr-00266-WKW-CSC All Defendants
### Internal Use Only

Case title: USA v. Webster
Magistrate judge case number: 3:06-mj-00125-DRB

Date Filed: 11/16/2006
Date Terminated: 06/20/2007

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Charles S. Coody

Appeals court case number: '07--13019-G' 'USCA'

**Defendant**

**Paul Eugene Webster (1)**
*TERMINATED: 06/20/2007*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*LEAD ATTORNEY*
Designation: Public Defender or Community Defender Appointment

**Jennifer Anne Hart**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 334-834-0353
Email: jennifer_hart@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Kevin L. Butler**

Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: kevin_butler@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Donnie Wayne Bethel**
Federal Defenders
201 Monroe Street
Suite 407
Montgomery, AL 36104
334-834-2099
Fax: 834-0358
Email: don_bethel@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

UNLAWFUL TRANSPORT OF FIREARMS, ETC. - NMT $250,000, [*]; NLT 15Y, NMT LIFE; NMT 5Y SUP REL; $100 AF; VWPA; G-LINES (1)

**Disposition**

188 Mos Imp.; 5 Yrs. Sup Rel; $100 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922(g)(1) - possess a firearm in and affecting commerce, while being a convicted felon

**Disposition**

**Plaintiff**

**USA**	represented by	**Tommie Brown Hardwick**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7135
Email: tommie.hardwick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2006 | 1 | SEALED COMPLAINT as to Paul Eugene Webster (1). (sql, ) [3:06-mj-00125-DRB] (Entered: 11/08/2006) |
| 11/08/2006 | 2 | WARRANT Issued as to Paul Eugene Webster. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/08/2006) |
| 11/09/2006 |  | Arrest of Paul Eugene Webster (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/13/2006 |  | Case unsealed as to Paul Eugene Webster per USMS notice of arrest. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/13/2006) |
| 11/13/2006 | 3 | CJA 23 Financial Affidavit by Paul Eugene Webster (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/13/2006 |  | ORAL MOTION to Appoint Counsel by Paul Eugene Webster. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/13/2006 |  | ORDER (ORAL) granting [] Oral Motion to Appoint Counsel: Appointed Federal Defender for Paul Eugene Webster as to Paul Eugene Webster (1). by Judge Delores R. Boyd on 11/13/2006. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/13/2006 | 4 | Minute Entry for proceedings held before Judge Delores R. Boyd :Initial Appearance as to Paul Eugene Webster held on 11/13/2006 (Recording Time 3:30 - 3:40 pm.) (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |

| | | |
|---|---|---|
| 11/14/2006 | 5 | ORDER as to Paul Eugene Webster Preliminary Examination set for 11/17/2006 10:00 AM in Courtroom 4A before Honorable Delores R. Boyd.. Signed by Judge Delores R. Boyd on 11/14/2006. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/14/2006 | 6 | Arrest Warrant Returned Executed in case as to Paul Eugene Webster. Defendant arrested on 11/9/2006. (sql, ) [3:06-mj-00125-DRB] (Entered: 11/14/2006) |
| 11/16/2006 | 8 | INDICTMENT as to Paul Eugene Webster (1) count(s) 1. (sql, ) (Entered: 11/21/2006) |
| 11/16/2006 | 9 | Limits of Punishment as to Paul Eugene Webster: (sql, ) (Entered: 11/21/2006) |
| 11/17/2006 | 7 | ORDER CANCELLING the Preliminary Hearing currently scheduled for 11/17/06 at 10:00 a.m. before Magistrate Judge Boyd on the complaint as to Paul Eugene Webster . Signed by Judge Delores R. Boyd on 11/17/06. (war, ) [3:06-mj-00125-DRB] (Entered: 11/17/2006) |
| 11/17/2006 | 10 | ORDER to Produce Prisoner for Arraignment as to Paul Eugene Webster Arraignment set for 11/29/2006 10:00 AM in Courtroom 4A before Honorable Delores R. Boyd.. Signed by Judge Charles S. Coody on 11/17/2006. (sql, ) (Entered: 11/21/2006) |
| 11/28/2006 | 11 | NOTICE OF ATTORNEY APPEARANCE: Jennifer Anne Hart appearing for Paul Eugene Webster (Hart, Jennifer) (Entered: 11/28/2006) |
| 11/29/2006 | 12 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to Paul Eugene Webster (1) Count 1 held on 11/29/2006, Plea entered by Paul Eugene Webster Not Guilty on counts 1. (Recording Time 10:35 - 10:44 am.) (sql, ) (Entered: 11/29/2006) |
| 11/29/2006 | 13 | NOTICE OF ATTORNEY APPEARANCE John T. Harmon appearing for USA. (Harmon, John) (Entered: 11/29/2006) |
| 11/30/2006 | 14 | ORDER ON ARRAIGNMENT as to Paul Eugene Webster : Pretrial Conference set for 12/15/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial set for 1/8/2007 before Honorable William Keith Watkins. Pretrial Motions due by 12/13/2006. Discovery by the Government due by 11/29/2006. Disclosures by the Defendant due by 12/6/06. Signed by Judge Charles S. Coody on 11/30/06. (ws, ) (Entered: 11/30/2006) |
| 12/15/2006 | 17 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Paul Eugene Webster held on 12/15/2006 (Recording Time FTR: 1:48-1:48.) (ws, ) (Entered: 12/19/2006) |
| 12/18/2006 | 15 | Proposed Jury Instructions by USA as to Paul Eugene Webster (Hardwick, Tommie) (Entered: 12/18/2006) |

| | | |
|---|---|---|
| 12/18/2006 | 16 | Proposed Voir Dire by USA as to Paul Eugene Webster (Hardwick, Tommie) (Entered: 12/18/2006) |
| 12/19/2006 | 18 | PRETRIAL CONFERENCE ORDER as to Paul Eugene Webster; Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial (ETT 1 day) set for 1/8/2007 before Honorable William Keith Watkins. Voir Dire due by 12/28/2006; Proposed Jury Instructions due by 12/28/2006; Motions in Limine due by 12/28/2006; Notice of Intent to Change Plea due by noon on 12/27/2006. Signed by Judge Charles S. Coody on 12/19/06. (ajr, ) (Entered: 12/19/2006) |
| 12/28/2006 | 19 | Proposed Jury Instructions by Paul Eugene Webster (Hart, Jennifer) (Entered: 12/28/2006) |
| 12/28/2006 | 20 | Proposed Voir Dire by Paul Eugene Webster (Hart, Jennifer) (Entered: 12/28/2006) |
| 12/28/2006 | 21 | Proposed Voir Dire by USA as to Paul Eugene Webster (Harmon, John) (Entered: 12/28/2006) |
| 12/28/2006 | 22 | Proposed Jury Instructions by USA as to Paul Eugene Webster (Harmon, John) (Entered: 12/28/2006) |
| 12/28/2006 | 23 | *SEALED* EXPARTE APPLICATION/MOTION in forma pauperis for subpoenas and Subpoenas Duces Tecum and MOTION to seal (Attachments: # 1 Proposed Order)(ajr, ) (Entered: 12/29/2006) |
| 12/29/2006 | 24 | NOTICE of Availability of Jury List and Juror Profiles for January 8, 2007 Criminal Term before Judge Keith Watkins together with Clothing Notice as to Paul Eugene Webster (ajr, ) (Entered: 12/29/2006) |
| 01/03/2007 | 25 | *SEALED* ORDER granting 23 Exparte Motion for Subpoenas and Subpoena Duces Tecum as to Paul Eugene Webster (1) . Signed by Judge Charles S. Coody on 1/3/07. (kcg, ) (Entered: 01/03/2007) |
| 01/04/2007 | 26 | *SEALED* EXPARTE MOTION/APPLICATION In Forma Pauperis for Subpoenas and MOTION to Seal by Paul Eugene Webster. (Attachments: # 1 proposed order)(ajr, ) (Entered: 01/04/2007) |
| 01/05/2007 | 27 | NOTICE OF ATTORNEY APPEARANCE: Donnie Wayne Bethel appearing for Paul Eugene Webster (Bethel, Donnie) (Entered: 01/05/2007) |
| 01/05/2007 | 28 | *SEALED* ORDER granting 26 Exparte Motion as to Paul Eugene Webster (1); granting 26 Motion to Seal; directing that the Application and Order for Issuance of subpoenas be placed under seal; Signed by Judge Charles S. Coody on 1/5/07. (ajr, ) (Entered: 01/05/2007) |
| 01/05/2007 | 29 | Proposed Jury Instructions by Paul Eugene Webster (Hart, Jennifer) (Entered: 01/05/2007) |
| 01/05/2007 | 30 | MOTION for Status Conference by Paul Eugene Webster. (Hart, Jennifer) (Entered: 01/05/2007) |

| | | | |
|---|---|---|---|
| 01/07/2007 | | 31 | Proposed Jury Instructions by USA as to Paul Eugene Webster (Hardwick, Tommie) (Entered: 01/07/2007) |
| 01/08/2007 | | 32 | MOTION to Dismiss *DUE TO COMPOSITION OF THE JURY VENIRE* by Paul Eugene Webster. (Attachments: # 1 Affidavit)(Hart, Jennifer) (Entered: 01/08/2007) |
| 01/08/2007 | | 33 | NOTICE OF ATTORNEY APPEARANCE: Kevin L. Butler appearing for Paul Eugene Webster (Butler, Kevin) (Entered: 01/08/2007) |
| 01/08/2007 | | 34 | RESPONSE to Motion by USA as to Paul Eugene Webster re 32 MOTION to Dismiss *DUE TO COMPOSITION OF THE JURY VENIRE* (Hardwick, Tommie) (Entered: 01/08/2007) |
| 01/08/2007 | | | Minute Entry for JURY SELECTION held 1/8/07 before Judge William Keith Watkins (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/09/2007) |
| 01/08/2007 | | | JURY TRIAL commencing before Judge William Keith Watkins on 1/8/07. (No pdf attached; see final trial entry). (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/09/2007) |
| 01/08/2007 | | | VOIR DIRE BEGUN before Judge William Keith Watkins on 1/8/07 as to Paul Eugene Webster (1) on Count 1 (Court Reporter Risa Entrekin.) (ajr, ) (Entered: 01/09/2007) |
| 01/08/2007 | | | ORAL MOTION for mistrial by Paul Eugene Webster. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | ORAL ORDER as to Paul Eugene Webster denying ORAL MOTION for mistrial filed by Paul Eugene Webster. Entered by Judge William Keith Watkins on 1/8/07. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | RENEWED ORAL MOTION for mistrial by Paul Eugene Webster. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | ORAL ORDER as to Paul Eugene Webster denying renewed oral motion for mistrial filed by Paul Eugene Webster. Signed by Judge William Keith Watkins on 1/8/07. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | ORAL MOTION for Judgment of Acquittal and renewed ORAL MOTION for mistrial by Paul Eugene Webster. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | ORAL ORDER denying ORAL MOTION for Judgment of Acquittal and renewed ORAL MOTION for mistrial filed by Paul Eugene Webster . Signed by Judge William Keith Watkins on 1/8/07. (ajr, ) (Entered: 01/10/2007) |
| 01/08/2007 | | | (Court only) ***Motion terminated as to Paul Eugene Webster: 30 MOTION for Status Conference filed by Paul Eugene Webster - conference held at start of trial. (ajr, ) (Entered: 01/12/2007) |

| | | |
|---|---|---|
| 01/09/2007 | [35] | Proposed Jury Instructions by USA as to Paul Eugene Webster (Hardwick, Tommie) (Entered: 01/09/2007) |
| 01/09/2007 | [36] | JOINT STIPULATION of Felony Conviction by Paul Eugene Webster, USA (ajr, ) (Entered: 01/09/2007) |
| 01/09/2007 | [37] | Minute Entry for JURY TRIAL held 1/8/07 - 1/9/07 before Judge William Keith Watkins as to Paul Eugene Webster (Court Reporter Risa Entrekin.) (Attachments: # [1] Court's Exhibit List# [2] Defendant's Exhibit List# [3] Government's Exhibit List# [4] Witness List) (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | | ORAL MOTION for mistrial by Paul Eugene Webster. (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | | ORAL ORDER as to Paul Eugene Webster denying ORAL MOTION for mistrial filed by Paul Eugene Webster . Signed by Judge William Keith Watkins on 1/9/07. (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | | ORAL MOTION for mistrial by Paul Eugene Webster. (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | | ORAL ORDER as to Paul Eugene Webster denying ORAL MOTION for mistrial filed by Paul Eugene Webster . Signed by Judge William Keith Watkins on 1/9/07. (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | [38] | Court's Jury Charge as to Paul Eugene Webster (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | [39] | JURY VERDICT as to Paul Eugene Webster (1) Guilty on Count 1. (ajr, ) (Entered: 01/10/2007) |
| 01/09/2007 | [40] | TRANSCRIPT (Excerpt) of JURY TRIAL PROCEEDINGS (PDF available for court use only) as to Paul Eugene Webster held on 1/8/07 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 01/10/2007) |
| 01/10/2007 | [41] | ORDER as to Paul Eugene Webster Sentencing is set for 3/21/2007 10:45 AM in Courtroom 2E before Honorable William Keith Watkins, as further set out. Signed by Judge William Keith Watkins on 1/10/07. (kcg, ) (Entered: 01/10/2007) |
| 01/11/2007 | [42] | MOTION for Forfeiture of Property *(Motion for Preliminary Order of Forfeiture)* by USA as to Paul Eugene Webster. (Attachments: # [1] Text of Proposed Order)(Harmon, John) (Entered: 01/11/2007) |
| 01/16/2007 | [43] | ORDER granting [42] Motion for Forfeiture of Property as to Paul Eugene Webster (1) as further set out in order and directing the Clerk to forward two copies of this order to the USA's office. Signed by Judge William Keith Watkins on 1/16/07. (ajr, ) (Entered: 01/16/2007) |
| 01/18/2007 | [44] | NOTICE OF SENTENCING HEARING as to Paul Eugene Webster; Sentencing set for 3/21/07 at 10:45 is RESET for 3/20/2007 2:45 PM in Courtroom 2E before Honorable William Keith Watkins. (ajr, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/18/2007) |
| 02/08/2007 | | 45 | Process Receipt and Return of Preliminary Order of Forfeiture for One Remington, Model 550-L,.22 Caliber Rifle as to Paul Eugene Webster on 1/24/07. (ajr, ) (Entered: 02/09/2007) |
| 03/06/2007 | | 46 | ORDER as to Paul Eugene Webster that the ex parte proceedings heard by the court on 1/8/07 at approximately 1:15 p.m. consisting of the proffers from the defense regarding the justification and innocent or transitory possession defenses is SEALED. Signed by Judge William Keith Watkins on 3/6/07. (ajr, ) (Entered: 03/06/2007) |
| 03/07/2007 | | 47 | TRANSCRIPT of PRETRIAL MATTERS AND JURY SELECTION (PDF available for court use only) as to Paul Eugene Webster held 1/8/07 before Judge Keith Watkins. (Multiple voir dire proceedings in Cr. 3:06cr266-WKW and 2:06cr202-WKW). Court Reporter: Risa Entrekin. (ajr, ) (Entered: 03/08/2007) |
| 03/07/2007 | | 48 | SEALED TRANSCRIPT as to Paul Eugene Webster of EXCERPT FROM PRETRIAL MATTERS AND JURY SELECTION held 1/8/07 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 03/08/2007) |
| 03/07/2007 | | 49 | TRANSCRIPT of JURY TRIAL PROCEEDINGS Volume 1 (PDF available for court use only) as to Paul Eugene Webster held 1/8/07 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 03/08/2007) |
| 03/07/2007 | | 50 | TRANSCRIPT of JURY TRIAL PROCEEDINGS Volume 2 (PDF available for court use only) as to Paul Eugene Webster held 1/9/07 before Judge Keith Watkins. Court Reporter: Risa Entrekin. (ajr, ) (Entered: 03/08/2007) |
| 03/08/2007 | | 51 | ORDER REFERRING 32 MOTION to Dismiss DUE TO COMPOSITION OF THE JURY VENIRE to the United States Magistrate Judge for appropriate proceedings and recommendation; Signed by Judge William Keith Watkins on 3/8/07. (ajr, ) (Entered: 03/08/2007) |
| 03/08/2007 | | 52 | MOTION to Continue *Sentencing Hearing (UNOPPOSED)* by Paul Eugene Webster. (Hart, Jennifer) (Entered: 03/08/2007) |
| 03/14/2007 | | 53 | ORDER as to Paul Eugene Webster granting 52 MOTION to Continue Sentencing Hearing; Sentencing set for 3/20/07 is RESET for 5/8/2007 02:00 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 3/14/07. (ajr, ) (Entered: 03/14/2007) |
| 03/15/2007 | | 54 | MOTION to Unseal Document *(TRIAL TRANSCRIPT)* by Paul Eugene Webster. (Hart, Jennifer) (Entered: 03/15/2007) |
| 03/15/2007 | | 55 | MOTION for Extension of Time to File *Post-Trial Motions (UNOPPOSED)* by Paul Eugene Webster. (Hart, Jennifer) (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/15/2007) |
| 03/21/2007 | | 56 | ORDER granting 54 Motion to Unseal Document and 55 MOTION for Extension of Time to File Post-Trial Motions; that the transcript is UNSEALED and any post-motions shall be filed on or before 3/28/07; Signed by Judge William Keith Watkins on 3/21/07. (ajr, ) (Entered: 03/21/2007) |
| 03/28/2007 | | 57 | MOTION for New Trial *and Renewed Motion for Judgment of Acquittal* by Paul Eugene Webster. (Hart, Jennifer) (Entered: 03/28/2007) |
| 04/10/2007 | | 58 | ORDER as to Paul Eugene Webster Sentencing set for 5/8/2007 is continued to 5/10/2007 03:15 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/10/07. (kcg, ) (Entered: 04/10/2007) |
| 04/17/2007 | | 59 | ORDER as to Paul Eugene Webster that the government shall file a response to the defendant's Motion for New Trial and Renewed Motion for Judgment of Acquittal on or before 4/23/2007. Signed by Judge William Keith Watkins on 4/17/07. (kcg, ) (Entered: 04/17/2007) |
| 04/23/2007 | | 60 | RESPONSE to Motion by USA as to Paul Eugene Webster re 57 MOTION for New Trial *and Renewed Motion for Judgment of Acquittal* (Hardwick, Tommie) (Entered: 04/23/2007) |
| 05/03/2007 | | 61 | MOTION to Continue *Sentencing (UNOPPOSED)* by Paul Eugene Webster. (Hart, Jennifer) (Entered: 05/03/2007) |
| 05/08/2007 | | 62 | ORDER as to Paul Eugene Webster granting 61 MOTION to Continue Sentencing; Sentencing set for 5/10/07 is CONTINUED to 6/1/2007 10:15 AM before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/8/07. (ajr, ) (Entered: 05/08/2007) |
| 05/08/2007 | | 63 | ORDER as to Paul Eugene Webster (1) denying 57 Motion for New Trial and Renewed Motion for Judgment of Acquittal as further outlined in order. Signed by Judge William Keith Watkins on 5/8/07. (ajr, ) (Entered: 05/08/2007) |
| 05/24/2007 | | 64 | REPORT AND RECOMMENDATION as to Paul Eugene Webster re 32 MOTION to Dismiss DUE TO COMPOSITION OF THE JURY VENIRE; recommending that defendant's motion to dismiss be denied; directing parties to file objections to the Recommendation by 6/7/2007. Signed by Judge Charles S. Coody on 5/24/07. (ajr, ) (Entered: 05/24/2007) |
| 05/30/2007 | | 65 | ORDER as to Paul Eugene Webster; Sentencing set for 6/1/07 is CONTINUED to 6/15/2007 01:30 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/30/07. (ajr, ) (Entered: 05/30/2007) |
| 06/07/2007 | | 66 | MOTION to Continue *Sentencing* by USA as to Paul Eugene Webster. (Hardwick, Tommie) (Entered: 06/07/2007) |

| | | | |
|---|---|---|---|
| 06/08/2007 | | 67 | ORDER as to Paul Eugene Webster granting 66 MOTION to Continue Sentencing filed by USA; Sentencing set for 6/15/07 is CONTINUED to 6/19/2007 09:00 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 6/8/07. (ajr, ) (Entered: 06/08/2007) |
| 06/11/2007 | | 68 | ORDER as to Paul Eugene Webster (1); adopting 64 Report and Recommendation;denying defendant's 32 Motion to Dismiss Due to Composition of the Jury Venire. Signed by Judge William Keith Watkins on 6/11/07. (ajr, ) (Entered: 06/11/2007) |
| 06/19/2007 | | 69 | Minute Entry for SENTENCING HEARING held 6/19/07 before Judge William Keith Watkins as to Paul Eugene Webster. (PDF available for court use only) (Court Reporter Risa Entrekin.) (Attachments: # 1 Government's Exhibit List) (ajr, ) (Entered: 06/20/2007) |
| 06/19/2007 | | | ORAL ORDER as to Paul Eugene Webster directing that Exhibit 3 admitted during imposition of sentencing be SEALED . Entered by Judge William Keith Watkins on 6/19/07. (ajr, ) (Entered: 06/20/2007) |
| 06/20/2007 | | 70 | JUDGMENT as to Paul Eugene Webster (1), Count(s) 1, 188 Mos Imp.; 5 Yrs. Sup Rel; $100 SA . Signed by Judge William Keith Watkins on 6/20/07. (ajr, ) (Entered: 06/20/2007) |
| 06/27/2007 | | 71 | NOTICE OF APPEAL by Paul Eugene Webster re 70 Judgment (Hart, Jennifer) (Entered: 06/27/2007) |
| 06/27/2007 | | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order as to Paul Eugene Webster to US Court of Appeals re 71 Notice of Appeal - Final Judgment (ydw, ) (Entered: 06/27/2007) |
| 07/03/2007 | | 72 | RECEIVED TRANSCRIPT REQUEST re 71 Notice of Appeal - Final Judgment from Jennifer Hart counsel for Paul Eugene Webster with following notation: "I Am Ordering a Transcript of the following Proceedings" Sentencing proceedings held on 06/19/07 before Judge William Keith Watkin, Risa Entrekin, Court Reporter. Copy to RE/CR. (ydw, ) (Entered: 07/03/2007) |
| 07/09/2007 | | | USCA Case Number as to Paul Eugene Webster 07--13019-G for 71 Notice of Appeal - Final Judgment filed by Paul Eugene Webster. (ydw, ) (Entered: 07/10/2007) |
| 07/23/2007 | | 73 | TRANSCRIPT re 71 Notice of Appeal - Final Judgment of Sentencing Hearing (PDF available for court use only) filed as to Paul Eugene Webster for dates of 06/19/07 before Judge William Keith Watkin, Court Reporter: Risa Entrekin. (ydw, ) (Entered: 07/23/2007) |
| 08/22/2007 | | 74 | Certificate of Readiness to US Court of Appeals re 07-13019, 71 Notice of Appeal - Final Judgment. (dmn) (Entered: 08/22/2007) |
| 10/23/2007 | | 75 | Request for Record on Appeal By USCA Eleventh Circuit; 11th Circuit Appeal No. 07-13019-GG, 71 Notice of Appeal - Final Judgment (ydw, ) |

|  |  | (Entered: 10/25/2007) |