IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:06cr266-WKW |
| ) | |
| PAUL EUGENE WEBSTER ) | |

**DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL**

**COMES NOW** the Defendant, **PAUL EUGENE WEBSTER,** by and through undersigned counsel, Jennifer A. Hart, and hereby moves the Court to substitute Federal Defender, Christine A. Freeman, as counsel of record for the Defendant in this matter in place of undersigned counsel.

As grounds for granting this motion, defendant would show as follows:

Jennifer A. Hart has resigned from the Federal Defender Office effective November 2, 2007.

Dated this 30th day of October, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, AUSA.

      Respectfully submitted,

      s/Jennifer A. Hart  
      **JENNIFER A. HART**  
      FEDERAL DEFENDERS  
      MIDDLE DISTRICT OF ALABAMA  
      201 Monroe Street, Suite 407  
      Montgomery, AL 36104  
      Phone: (334) 834-2099  
      Fax: (334) 834-0353  
      jennifer_hart@fd.org  
      AL Bar Code: HAR189