# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 3:06-CR-266-WKW** |
| | ) | |
| **PAUL EUGENE WEBSTER** | ) | |

## ORDER

Upon consideration of the *Motion to Substitute Counsel,* (doc. #77) filed by the defendant, it is

**ORDERED** that the motion be and is hereby **GRANTED**. Federal Defender Christine Freeman shall represent the defendant for all further proceedings. Appointed counsel shall file a written notice of appearance with this court.

Done this 30th day of October, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE