AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: PAUL EUGENE WEBSTER | Judgment — Page 2 of 6 |
| CASE NUMBER: 3:06cr266-WKW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

188 Months

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 9/6/07 to USP1 Coleman
at Coleman, FL, with a certified copy of this judgment.

Michael W. Garrett, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

RETURNED AND FILED

NOV 28 2007

CLERK
U S DISTRICT COURT
MIDDLE DIST. OF ALA.