IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-0266-WKW |
| | ) | |
| PAUL EUGENE WEBSTER | ) | |

### **ORDER**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. # 83), it is ORDERED that the motion is GRANTED.

DONE this 21st day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE